**Appeal No.    2020AP95-CR**

**STATE OF WISCONSIN**

Cir. Ct. No.  2016CF242

**IN COURT OF APPEALS
DISTRICT IV**

---

**STATE OF WISCONSIN,**

   **PLAINTIFF-RESPONDENT,**

  **V.**

**JAMES B. PEMBERTON, II,**

   **DEFENDANT-APPELLANT.**

FILED

January 25,
2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice


Court of Appeals District I
Electronic Notice


Court of Appeals District III
Electronic Notice


Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice


Court of Appeals District II
Electronic Notice


Court of Appeals District IV
Electronic Notice

Hon. Paul S. Curran
Circuit Court Judge


Lori Lowe
Clerk of Circuit Court
Juneau County Justice Center


Kenneth John Hamm
Electronic Notice


Kara Lynn Janson
Electronic Notice


James B. Pemberton II
P.O. Box 123
N5391 HWY 80
New Lisbon, WI 53950

PLEASE TAKE NOTICE that corrections were made to paragraph 20 in the above-captioned opinion which was released on January 6, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.